IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CRIMINAL NUMBER 98-550-1 |
| | : |
| KIN YAN TAM | : |
| USM# 52506-066 | : |

**O R D E R**

AND NOW this 28th day of Jan., 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 188 months, effective November 1, 2015. Defendant's motion for appointment of counsel (Doc. #563) is dismissed as moot.

BY THE COURT:

_____
THE HONORABLE WILLIAM H. YOHN, JR.
Senior United States District Court Judge